John O'Brien (Pro Hac Vice)
jobrien@swlaw.com
Jessica E. Yates (Pro Hac Vice)
jyates@swlaw.com
Erin D. Leach, Bar No. 247785
eleach@swlaw.com
SNELL & WILMER L.L.P.
600 Anton Blvd, Suite 1400
Costa Mesa, California  92626-7689
Telephone:    714.427.7000
Facsimile:     714.427.7799

Attorneys for Plaintiff
Avalanche Funding, LLC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AVALANCHE FUNDING, LLC, a Colorado limited liability company;<br><br>Plaintiff,<br><br>v.<br><br>SYED M. ARIF, an individual;  SYEDA REHANA BEGUM, an individual; TIM SWICKARD, an individual; MAPES RANCH, INC., a California corporation; FIVE DOT CATTLE COMPANY, a California corporation; NORMAN F. RICE, deceased; THE TESTATE AND INTESTATE SUCCESSORS OF NORMAN F. RICE, DECEASED, AND ALL PERSONS CLAIMING BY, THROUGH OR UNDER SUCH DECEDENT, AS REPRESENTED BY THE PERSONAL REPRESENTATIVE OF THE ESTATE OF NORMAN F. RICE; GLORIA RICE, deceased; THE TESTATE AND INTESTATE SUCCESSORS OF GLORIA RICE, DECEASED, AND ALL PERSONS CLAIMING BY, THROUGH OR UNDER SUCH DECEDENT, AS REPRESENTED BY THE PERSONAL REPRESENTATIVE OF THE ESTATE OF GLORIA RICE; RICE 1997 FAMILY TRUST; GLORIA M. RICE, TRUSTEE OF THE RICE 1997 FAMILY TRUST; NORMAN RICE ENTERPRISES, INC., a Nevada corporation; MATTHEW G. HUNTLEY A/K/A MATTHEW GRANT | Case No. 2:16-CV-02555-TLN-KJN<br><br>Hon. Troy L. Nunley<br>Courtroom 2, 15th Floor<br><br>**ORDER GRANTING PLAINTIFF'S EX PARTE MOTION FOR SERVICE BY PUBLICATION** |

25773029.1

| | |
|---|---|
| 1 | HUNTLEY, an individual; MICHON HUNTLEY, an individual; RAMONA STONEBARGER, deceased; THE TESTATE AND INTESTATE SUCCESSORS OF RAMONA STONEBARGER, DECEASED, AND ALL PERSONS CLAIMING BY, THROUGH OR UNDER SUCH DECEDENT, AS REPRESENTED BY THE PERSONAL REPRESENTATIVE OF THE ESTATE OF RAMONA STONEBARGER; ART KOFFINKE, deceased; THE TESTATE AND INTESTATE SUCCESSORS OF ART KOFFINKE, DECEASED, AND ALL PERSONS CLAIMING BY, THROUGH OR UNDER SUCH DECEDENT, AS REPRESENTED BY THE PERSONAL REPRESENTATIVE OF THE ESTATE OF ART KOFFINKE; LARRY CAMPBELL, deceased; THE TESTATE AND INTESTATE SUCCESSORS OF LARRY CAMPBELL, DECEASED, AND ALL PERSONS CLAIMING BY, THROUGH OR UNDER SUCH DECEDENT, AS REPRESENTED BY THE PERSONAL REPRESENTATIVE OF THE ESTATE OF LARRY CAMPBELL; HANSON CATTLE COMPANY, purported corporation of likely Nevada domicile; HANSEN CATTLE COMPANY, a Nevada corporation; NORTH AMERICAN TECHNICAL TRADING CO., INC., an Illinois corporation; A TRUSTEE OF AN UNNAMED TRUST TO BE ESTABLISHED REFERENCED IN A NOTICE RECORDED ON FEBRUARY 11, 1997 IN VOLUME 660 AT PAGE 559; CHICAGO TITLE COMPANY in its capacity as Trustee under a Deed of Trust Recording Number 2008-04633 of Official Records, Lassen County; ALL PERSONS UNKNOWN CLAIMING ONLY LEGAL OR EQUITABLE RIGHT, TITLE INTEREST OR CLOUD ON PLAINTIFF'S INTEREST IN PROPERTY; and DOES 1 – 50<br><br>                                        Defendants |

Based on the Ex Parte Motion for Service by Publication filed by Plaintiff Avalanche Funding, LLC, as well as the Court's review of the file, and good cause having been shown, the Court orders that Plaintiff may serve the Unserved Defendants by publication, specifically through publication of the attached Summons in the *Lassen*

*County Times* once per week for four consecutive weeks.

Dated: February 27, 2017

_____
Troy L. Nunley
United States District Judge