**LEWIS BRISBOIS BISGAARD & SMITH LLP**
JOSEPH A. SALAZAR JR., SB# 169551
  E-Mail: Joe.Salazar@lewisbrisbois.com
RYAN MATTHEWS, SB# 311674
  E-Mail: Ryan.Matthews@lewisbrisbois.com
2020 West El Camino Avenue, Suite 700
Sacramento, California 95833
Telephone: 916.564.5400
Facsimile: 916.564.5444

Attorneys for Five Dot Cattle Company, Mapes Ranch, Inc. and Timothy Swickard

Mary Bacon, Bar No. 283369
mbacon@spencerfane.com
John O'Brien (admitted Pro Hac Vice)
Scott C. Sandberg (admitted Pro Hac Vice)
jobrien@spencerfane.com
ssandberg@spencerfane.com
SPENCER FANE, LLP
1700 Lincoln Street, Suite 2000
Denver, Colorado 80203

Attorneys for Plaintiff Avalanche Funding, LLC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| AVALANCHE FUNDING, LLC, a Colorado limited liability company,<br><br>            Plaintiff,<br><br>     vs.<br><br>SYED M. ARIF, an individual; SYEDA REHANA BEGUM, an individual; TIM SWICKARD, an individual; MAPES RANCH, INC., a California corporation; FIVE DOT CATTLE COMPANY, a California corporation; NORMAN F. RICE, deceased; THE TESTATE AND INTESTATE SUCCESSORS OF NORMAN F. RICE, DECEASED, AND ALL PERSONS CLAIMING BY, THROUGH OR UNDER SUCH DECEDENT, AS REPRESENTED BY THE PRESONAL REPRESENTATIVE OF THE ESTATE OF NORMAN RICE; GLORIA RICE, deceased; THE TESTATE | CASE NO. 2:16-CV-02555-TLN-KJN<br><br>**ORDER GRANTING MOTION AND STIPULATED MOTION FOR SUBSTITUTION OF PARTIES**<br><br>Date:      December 3, 2020<br>Time:      2:00 pm.<br>Crtrm.:    2, 15th Floor<br><br>The Hon. Troy L. Nunley<br><br>Trial Date:        None Set |

| | |
|---|---|
| 1 | AND INTESTATE SUCCESSORS OF GLORIA RICE, deceased, AND ALL |
| 2 | PERSONS CLAIMING BY, THROUGH OR UNDER SUCH DECEDENT, AS |
| 3 | REPRESENTED BY THE PERSONAL REPRESENTATIVE OF THE ESTATE OF |
| 4 | GLORIA RICE; RICE 1997 FAMILY TRUST; GLORIA M. RICE;, TRUSTEE OF |
| 5 | THE RICE 1997 FAMILY TRUST; NORMAN RICE ENTERPRISES, INC., a |
| 6 | Nevada corporation; MATTHEW G. HUNTLEY aka MATTHEW GRANT |
| 7 | HUNTLEY, an individual; MICHON HUNTLEY, an individual; RAMONA |
| 8 | STONEBARG ER, deceased; THE TESTATE AND INTESTATE SUCCESSORS OF |
| 9 | RAMONA STONEBARGER, DECEASED, AND ALL PERSONS CLAIMING BY, |
| 10 | THROUGH OR UNDER SUCH DECEDENT, AS REPRESENTED BY THE |
| 11 | PERSONAL REPRESENTATIVE OF THE ESTATE OF RAMONA STONEBARGER; |
| 12 | ART KOFFINKE, deceased; THE TESTATE AND INTESTATE SUCCESSORS OF ART |
| 13 | KOFFINKE, DECEASED, AND ALL PERSONS CLAIMING BY, THROUGH OR |
| 14 | UNDER SUCH DECEDENT, AS REPRESENTED BY THE PERSONAL |
| 15 | REPRESENTATIVE OF THE ESTATE OF ART KOFFINKE; LARRY CAMPBELL, |
| 16 | deceased; THE TESTATE AND INTESTATE SUCCESSORS OF LARRY CAMPBELL, |
| 17 | DECEASED, AND ALL PERSONS CLAIMING BY, THROUGH OR UNDER |
| 18 | SUCH DECEDENT, AS REPRESENTED BY THE PERSONAL REPRESENTATIVE OF |
| 19 | THE ESTATE OF LARRY CAMPBELL; HANSON CATTLE COMPANY, purported |
| 20 | corporation of likely Nevada domicile; HANSEN CATTLE COMPANY, a Nevada |
| 21 | corporation; NORTH AMERICAN TECHNICAL TRADING CO., INC., an |
| 22 | Illinois corporation; A TRUSTEE OF AN UNNAMED TRUST TO BE ESTABLISHED |
| 23 | REFERENCED IN A NOTICE RECORDED ON FEBRUARY 11, 1997 IN VOLUME 660 |
| 24 | AT PAGE 559; CHICAGO TITLE COMPANY in its capacity as Trustee under a |
| 25 | Deed of Trust Recording Number 2008-04633 of Official Records, Lassen County; ALL |
| 26 | PERSONS UNKNOWN CLAIMING ONLY LEGAL OR EQUITABLE RIGHT, TITLE |
| 27 | INTEREST OR CLOUD ON PLAINTIFF'S INTEREST IN PROPERTY; and DOES 1 — |
| 28 | 50, |

LEWIS BRISBOIS

Defendant.

Before the Court is the Stipulated Motion for Substitution of Parties filed by Plaintiff Avalanche Funding, LLC ("Lender"), and Defendants Five Dot Cattle Company, Mapes Ranch Inc., and Timothy Swickard (collectively, "Swickard Defendants"). Good cause appearing, the Court grants the Motion and orders as follows:

1. The parties in this case are substituted as follows:

| **PRIOR PARTY** | **SUBSTITUTED PARTY** |
|---|---|
| TIM SWICKARD | AVALANCHE FUNDING, LLC, as assignee of TIM SWICKARD |
| MAPES RANCH, INC. | AVALANCHE FUNDING, LLC, as assignee of MAPES RANCH, INC. |
| FIVE DOT CATTLE COMPANY | AVALANCHE FUNDING, LLC, as assignee of FIVE DOT CATTLE COMPANY |

2. The caption for this case is amended as shown above.

DATED: October 28, 2020

Troy L. Nunley
United States District Judge