UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AVALANCHE FUNDING, LLC, a Colorado limited liability company;<br><br>Plaintiff,<br><br>v.<br><br>SYED M. ARIF, an individual; SYEDA REHANA BEGUM, an individual; TIM SWICKARD, an individual; MAPES RANCH, INC., a California corporation; FIVE DOT CATTLE COMPANY, a California corporation; NORMAN F. RICE, deceased; THE TESTATE AND INTESTATE SUCCESSORS OF NORMAN F. RICE, DECEASED, AND ALL PERSONS CLAIMING BY, THROUGH OR UNDER SUCH DECEDENT, AS REPRESENTED BY THE PERSONAL REPRESENTATIVE OF THE ESTATE OF NORMAN F. RICE; GLORIA RICE, deceased; THE TESTATE AND INTESTATE SUCCESSORS OF GLORIA RICE, DECEASED, AND ALL PERSONS CLAIMING BY, THROUGH OR UNDER SUCH DECEDENT, AS REPRESENTED BY THE PERSONAL REPRESENTATIVE OF THE ESTATE OF GLORIA RICE; RICE 1997 FAMILY TRUST; GLORIA M. RICE, TRUSTEE OF THE RICE 1997 FAMILY TRUST; NORMAN RICE ENTERPRISES, INC., a Nevada corporation; MATTHEW G. HUNTLEY A/K/A MATTHEW GRANT HUNTLEY, an individual; MICHON HUNTLEY, an individual; RAMONA STONEBARGER, deceased; THE TESTATE AND INTESTATE SUCCESSORS OF RAMONA STONEBARGER, DECEASED, AND ALL PERSONS CLAIMING BY, THROUGH OR UNDER SUCH DECEDENT, AS REPRESENTED BY THE PERSONAL REPRESENTATIVE OF THE ESTATE OF RAMONA STONEBARGER; ART KOFFINKE, deceased; THE TESTATE AND INTESTATE SUCCESSORS OF ART KOFFINKE, DECEASED, AND ALL PERSONS CLAIMING BY, THROUGH OR UNDER SUCH DECEDENT, AS REPRESENTED BY THE PERSONAL REPRESENTATIVE OF THE ESTATE OF ART KOFFINKE; LARRY CAMPBELL, | Case No. 2:16-CV-02555-TLN-KJN<br><br>**ORDER GRANTING MOTION TO APPROVE METHOD OF PUBLICATION AND NOTICE OF SALE**<br><br>Ctrm: 2<br>Judge: Hon. Troy L. Nunley |

SPENCER FANE LLP
1700 LINCOLN STREET, SUITE 2000
DENVER, COLORADO 80203
TELEPHONE: 303-839-3800
FACSIMILE: 303-839-3838

deceased; THE TESTATE AND INTESTATE SUCCESSORS OF LARRY CAMPBELL, DECEASED, AND ALL PERSONS CLAIMING BY, THROUGH OR UNDER SUCH DECEDENT, AS REPRESENTED BY THE PERSONAL REPRESENTATIVE OF THE ESTATE OF LARRY CAMPBELL; HANSON CATTLE COMPANY, purported corporation of likely Nevada domicile; HANSEN CATTLE COMPANY, a Nevada corporation; NORTH AMERICAN TECHNICAL TRADING CO., INC., an Illinois corporation; A TRUSTEE OF AN UNNAMED TRUST TO BE ESTABLISHED REFERENCED IN A NOTICE RECORDED ON FEBRUARY 11, 1997 IN VOLUME 660 AT PAGE 559; CHICAGO TITLE COMPANY in its capacity as Trustee under a Deed of Trust Recording Number 2008-04633 of Official Records, Lassen County; ALL PERSONS UNKNOWN CLAIMING ONLY LEGAL OR EQUITABLE RIGHT, TITLE INTEREST OR CLOUD ON PLAINTIFF'S INTEREST IN PROPERTY; and DOES 1 – 50

Defendants

This matter having come before the Court on Avalanche Funding, LLC's Motion to Approve Method of Publication and Notice of Sale and the Court being fully advised in the premises finds and ORDERS AS FOLLOWS:

IT IS HEREBY ORDERED THAT Avalanche Funding, LLC's Motion is GRANTED.

IT IS FURTHER ORDERED THAT the property described in the Foreclosure Decree (the "Property") shall be sold as described in the Notice of Sale attached to this Order.

IT IS FURTHER ORDERED THAT the proposed method of publication in the Modoc County Record on Thursdays once a week for 4 successive weeks is approved.

Dated this 6th day of July, 2021.

Troy L. Nunley
United States District Judge